# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 15-7094  September Term, 2015

1:11-cv-00871-BAH

Filed On: June 3, 2016 [1616420]

Michael Queen,

    Appellant

  v.

Ed Schultz,

    Appellee

## O R D E R

Upon consideration of appellee's motion for leave to file appendix and for associated costs, it is

**ORDERED** that the motion for leave to file appendix be granted, and that the motion for costs be deferred pending further order of the court.

                                FOR THE COURT:
                                Mark J. Langer, Clerk

                BY:    /s/
                                Mark A. Butler
                                Deputy Clerk